IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | |
| | NO. 10-45520 |
| MICHAEL T. MASON, | CHAPTER 13 |
| Debtor. | JUDGE PAMELA S. HOLLIS |

## STATEMENT OF OUTSTANDING OBLIGATIONS

Now comes BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, its successors and/or assigns (hereinafter referred to as "BANK OF AMERICA"), a creditor herein, by TERRI M. LONG, its attorney, and files this Statement of Outstanding Obligations:

1.  That on October 12, 2010, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.  That BANK OF AMERICA is a creditor of the Debtor with respect to a certain *second* mortgage upon real estate, with a common address of 3744 West 78th Street, Chicago, Illinois 60652-1826.

3.  That, on July 7, 2011, the trustee filed and served a Notice of Payment of Final Mortgage Cure Amount Under Paragraph B(2)(b) of Plan.

4.  That BANK OF AMERICA acknowledges that is has received payment of the $1,254.44 pre-petition arrears in full.

5.  That, as of this date, creditor's records still reflect a balance of $6,272.20 in monthly mortgage payments.  The Debtor has failed to make a single post-petition payment and is past due for the November 2010 through August 2011 payments.

6.   That this statement is filed in response to trustee's notice and is intended to comply with the requirements set forth in said notice.

Respectively Submitted,

_____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
18201 Morris Avenue
Homewood, Illinois 60430
Phone: (708) 922-3301 Fax: (708) 922-3302
Atty. for BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
LOANS SERVICING, LP, its Successors and/or Assigns